JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD RENE CEBALLOS and GUADALUPE MARIA CEBALLOS,<br><br>Plaintiffs,<br><br>v.<br><br>FCA US LLC; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 8:22-cv-01226-JWH-JDE<br><br>**JUDGMENT** |

On May 24, 2023, Plaintiffs RONALD RENE CEBALLOS and GUADALUPE MARIA CEBALLOS ("Plaintiffs") accepted the Offer of Judgment Pursuant to Rule 68 of the Federal Rules of Civil Procedure of Defendant FCA US, LLC ("Defendant"). Accordingly, the Court hereby enters **JUDGMENT** in **FAVOR** of Plaintiffs, and **AGAINST** Defendant, in the amount of $90,000.00 for Damages and $30,000.00 for Attorney's fees and costs pursuant to the terms of the Rule 68 Offer.

**IT IS SO ORDERED.**

Dated: June 28, 2023

John W. Holcomb
UNITED STATES DISTRICT JUDGE